IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | Criminal Nos. |
| JARRAN BELL, et al | ) | 15-97 |
| DRAKE CHEADLE, et al | ) | 15-98 |
| BRADLEY DAWKINS | ) | 15-99 |
| TYLER HURT | ) | 15-101 |
| KELLI JOHNSON | ) | 15-102 |
| SKYLAR SIMMONS | ) | 15-105 |

ORDER

AND NOW this **4th** day of June 2015, upon consideration of the United States MOTION FOR ORDER PERMITTING INCARCERATED DEFENDANTS ACCESS TO ELECTRONIC TITLE III MATERIALS, it is hereby ORDERED that the motion is GRANTED.

At 15-97: **JARRAN BELL, KRYSTLE BARARETTO, AMANDA SANTIAGO, AND DONALD MITCHELL**; At 15-98: **DRAKE CHEADLE, OSCAR WOODS, Jr., FRANKLIN SPENCE, III, ISAAC LOVE, HEIDI WELSH, AND VANCE GIBSON**; At 15-99: **BRADLEY DAWKINS**; At 15-101: **TYLER HURT**; At 15-102: **KELLI JOHNSON**; and At 15-105: **SKYLAR SIMMONS** shall be permitted access to the electronic Title III materials at their respective institutions subject to the following provisions:

a. Defendants will not be permitted to maintain the electronic Title III materials in this case in their living quarters;

b. Defendants will not be permitted to copy or further

disseminate the Title III materials in accordance with the Order of Judge Fischer issued May 18, 2005;

c. Defendants will only be permitted access to the Title III materials in accordance with the internal security policies regarding use of computers and electronic evidence at the institution where they are being housed;

d. The United States is authorized to provide the necessary copies of the Title III materials to the computer service personnel at the relevant institutions and/or the Computer Systems Administrator at Federal Public Defender's Office to facilitate the secure access to these sensitive materials by the incarcerated defendants;

e. The Title III materials must be returned to United States Attorney's Office for the Western District of Pennsylvania upon conclusion of all of the related criminal cases.

f. This order is intended to apply to all prisons/jails/correctional institutions (including, but not limited to the Allegheny County Jail; North East Ohio Correction Center; and Butler County Prison) where any of the defendants charged at Criminal Case Nos. 15-97, 15-98, 15-99, 15-101, 15-102, and 15-105 may be housed while in United States Marshals Service Custody in pre-trial detention.

*Maurice B. Cohill, Jr.*
HONORABLE MAURICE B. COHILL
Senior United States District Judge